In the Matter of SYDNEY J. LAMON, as Trustee, et al., Appellants and Respondents. CITY OF NEW YORK, Respondent and Appellant.

Argued May 30, 1950; decided July 11, 1950.

*Charles L. Sylvester* and *Joel K. Mithers* for appellants and respondents.

*John P. McGrath, Corporation Counsel (Benjamin Offner, Harry E. O'Donnell* and *Reuben Levy* of counsel), for respondent and appellant.

Order of Appellate Division modified by reducing the rent of the tenant-appellant to $21,681.06 and, as so modified, affirmed, without costs. (See *Matter of Relmar Operating Corp. [Roffer]*, 297 N. Y. 609; *Matter of Court Square Bldg. v. City of New York,* 298 N. Y. 380, 389.)  No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.